



# MEMORANDUM OPINION

No. 04-12-00391-CV

**IN THE INTEREST OF K.W.** and K.H., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-01859
Honorable Cathy Stryker, Judge Presiding[1]

Opinion by:    Steven C. Hilbig, Justice

Sitting:    Sandee Bryan Marion, Justice
    Phylis J. Speedlin, Justice
    Steven C. Hilbig, Justice

Delivered and Filed:  October 24, 2012

MOTION TO WITHDRAW GRANTED; AFFIRMED

K.W.[2] appeals the trial court's final order terminating the parent-child relationship between her and the children K.W. and K.H. Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief containing a professional evaluation of the record, demonstrating there are no arguable grounds to be advanced, and concluding the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4 (Tex. App.—San Antonio May 21,

---

[1] This case was assigned to the 224th Judicial District Court of Bexar County, Texas, in which the Honorable Cathy Stryker is the presiding judge. However, the case was tried by and the final order was signed by the Honorable Charles E. Montemayor, Associate Judge, appointed pursuant to section 201.201 of the Texas Family Code. *See* TEX. FAM. CODE ANN. § 201.201, *et seq.* (West 2008 & West Supp. 2011).

[2] To protect the identity of the minor child, we refer to the mother/father and child by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2011); TEX. R. APP. P. 9.8.

2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). Counsel states he sent appellant copies of the brief and motion to withdraw and informed her of her right to review the record and file her own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *In re R.R.*, 2003 WL 21157944, at *4. Appellant did not file a pro se brief.

We have reviewed the record and the attorney's *Anders* brief, and we agree with counsel that the appeal is without merit. Accordingly, we grant the motion to withdraw and affirm the trial court's order.

Steven C. Hilbig, Justice